# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 15-9062 |
| v. | Violation No. 4529901, 4529903 |
| SANDRA A. CAMPBELL | ORDER FOR DISMISSAL |
| | Pretrial Diversion Program |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above Complaint, which was filed on **March 19, 2015** charging the defendant with the following violation:

**Trespassing and Shoplifting**

prosecution of same being deferred pursuant to a Pretrial Diversion Agreement.

The dismissal is without prejudice.

DATE: 6/4/15    BY: _____
                    CHRISTOPHER A. HULING
                    Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 6/4/15    BY: _____
                    ANTHONY R. MAUTONE
                    United States Magistrate Judge